IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY SMITH,<br>     Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>     Respondent. | :<br>:<br>:   CIVIL ACTION<br>:<br>:   NO. 10-7073<br>:<br>:   CRIMINAL ACTION<br>:<br>:   07-0145 |

### ORDER

AND NOW, this 31st day of July, 2012, upon consideration of Petitioner Rodney Smith's Habeas Corpus Petition to Vacate/Set Aside/Correct Sentence Pursuant to U.S.C. § 2255 (Doc. 77), and the Government's Memorandum in Opposition (Doc. 81), **IT IS HEREBY ORDERED AND DECREED** that Petitioner's Habeas Corpus Petition to Vacate/Set Aside/Correct Sentence Pursuant to U.S.C. § 2255 is **DENIED.**[1]

**IT IS FURTHER ORDERED** that this case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____

Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum Opinion, dated July __, 2012.